NF

| Notice of Appeal Criminal | CO-290 Rev. 3/88 |

## United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )   Criminal No. 06-0 85-M-01  NK
)
MARY PARKER )

### NOTICE OF APPEAL

Name and address of appellant:

Mary Parker

FILED
MAR 2 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Defendant Pro Se

Offense: Demonstrating w/o a permit

Concise statement of judgment or order, giving date, and any sentence:
Guilty: March 2006
Judgement Entered: Time served + $25 processing

Name and institution where now confined, if not on bail: N/A

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

3/21/06
DATE

Mary Parker
APPELLANT

_____
ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE  ☐
CJA, NO FEE  ☐
PAID USDC FEE  ☐
PAID USCA FEE  ☐

Does counsel wish to appear on appeal?     YES ☐   NO ☐
Has counsel ordered transcripts?              YES ☐   NO ☐
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES ☐   NO ☐

RECEIVED
MAR 2 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT


NF FEE $31.00